**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    **v.**                                       Case No. 05-cr-78-01-PB

<u>Mark Tormey</u>

<u>**O R D E R**</u>

The United States has moved to continue the August 2, 2005 trial in the above case, citing the need for additional time to address and resolve defendant's motion to suppress and to complete discovery.  Defense counsel does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from August 2, 2005 to September 7, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The July 19, 2005 final pretrial conference is continued until August 29, 2005 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

July 19, 2005

cc:  David Bownes, Esq.
     Mark Howard, AUSA
     United States Probation
     United States Marshal