```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                                        Case No. 05-78-01-PB

Mark Tormey

**O R D E R**

The defendant has moved to continue the August 19, 2005 suppression hearing and September 7, 2005 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 7, 2005 to November 1, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The clerk shall reschedule the suppression hearing currently scheduled for August 19, 2005.  The August 31, 2005 final pretrial conference is continued until October 18, 2005 at 3:30 p.m.

SO ORDERED.

                                        /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

August 18, 2005

cc:  David Bownes, Esq.
     Mark Howard, AUSA
     United States Probation
     United States Marshal