```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                    Case No. 05-78-01-PB

**Mark Tormey**


**O R D E R**

The defendant has moved to continue the November 1, 2005 trial in the above case, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 1, 2005 to December 6, 2005.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

SO ORDERED.

       /s/Paul Barbadoro
Paul Barbadoro
United States District Judge

October 20, 2005

cc: David Bownes, Esq.
    Mark Howard, AUSA
    United States Probation
    United States Marshal