**UNITED STATES DISTRICT COURT**
         **FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

    **v.**                                    Case No. 05-78-01-PB

<u>**Mark Tormey**</u>

                            <u>**O R D E R**</u>

     The defendant has moved to continue the December 6, 2005 trial in the above case, citing the need for additional time to complete the transfer of his probation from Michigan to New Hampshire prior to trial.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 6, 2005 to February 7, 2006.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The court will hold a final pretrial conference on January 31, 2006 at 3:45 p.m.

SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

December 1, 2005

cc:   David Bownes, Esq.
      Mark Howard, AUSA
      United States Probation
      United States Marshal